**FILED**

DEC 1 8 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United Sates Government Federal Official & Agent
U.S. Navy W5 Admiralty &
U.S. Navy Reserve Component
Elias Torres Ramirez
Address yet to be determined
(707) 727 5466
12/18/2023

(FYI) For your information. United States Court District (NDC) Northern District of California 3:23-cv-03847-lb

Because of my designations, Classifications, Defaults, and Positions:
I win by default if it is right depending on the circumstances, due to the nature of my designations, positions, defaults and classifications I cannot be charged with any crime, because you cannot charge a holy person. Because of my government position and military designation, you must comply or obey due to the nature of my Job.

The Supreme Law of the Land.

The right to pursue my happiness & conduct my business.

May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term, or the death penalty, depending upon the circumstances of the crime.

This is concerning Court Officials or civil natures.

I do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

Please put Taylor Alison Swift under house arrest if she does not comply or obey this put her in prison immediately. She cannot have any males other than her father or brother, because of our covenant. For not fulfilling her covenant with me or us together.

This is needed. Here is are the witnesses of our marriage ceremony.

Ellen DeGeneres at 310-455-8858 LetsDoThis@ellentv.com

Seth Meyers Office is open 9am – 5pm ET, Monday – Friday at (212) 664-3056.

Thank you,                                      12/18/2023
Elias Torres Ramirez.
*[signature]*