

Elias Torres Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403

RECEIVED

DEC 18 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

16th floor & whomever it may
concern
Phillip Burton Federal Building
And U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

