FILED

DEC 2 6 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States Federal Government Official & Agent
U.S. Navy W5 Admiralty &
U.S. Navy Reserve Component
Elias Torres Ramirez.
Address yet to be determined
707 727 5466
12/22/2023

U.S. Court District, (NDC) Northern District of California 3:23-cv-03847-lb

(FYI) need to fulfill orders immediately, because of my classifications, designations, defaults, and positions. I do not need to go through your regular process, not trying to not follow your requests or processes, sometimes I or we prefer it that way. But in some cases do to certain urgencies examples my marriage to my spouse I need this immediately. We can work on the rest later please.

Special Circumstances & fulfilling orders, immediately.

May 31, 2021 – The offence is punishable by a range of imprisonment up to a life term,

Or the death penalty, depending upon the circumstances of the crime.

According to this, all who took an oath must follow directives from me immediately.

Each justice or judge of the United States shall take the following oath or affirmation before performing the duties of his office: "I, ___ ___, do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as ___ under the Constitution and laws of the United States. So help me God."

Examples & explanations

This is for your information.
1) I already explained the Obama administration and certain people in his administration. They did not pay me the reward money for the Osama bin laden case or I assisted that I was supposed to receive for my Ministry.
For these reasons, I cannot blame the separation of me and my spouse.
Among other things the pudding man-made laws and mentalities over a holy person, which is not allowed.
Part of doing their jobs, oaths and keeping their word. Because of the supreme law of the land. Makes it useless.

2) The Napa pure Court which is a state court put charges over a holy person and a federal official, which is transgression against God's law number one, two is mutiny under federal law and the supreme law of the land. They put levies on my accounts which is aiding and abetting,

Trailer to charge these individuals under God's law is damnation.
Charging these individuals under federal law, are allowing mutiny.
For these reasons I cannot blame the separation of me and my spouse.

For your information.

Under the supreme law of the land under the preamble & first amendment, to this practice my freedom of religion & freedom of speech, right to conduct my business. Second amendment, right to bear arms, self-defense.

This includes my privacy under state and federal laws of California or state laws of California. This individual has violated my privacy, my email accounts, my finances, and my freedom to communicate with the Holy Spirit inspired people that I was part of ministering to. Violated my Holy Spirit inspired relationships. Stole electronics clothes in a bunch of other items.

Other people continue to do so.

I have provided proof and evidence of certain factors, the previous tenant of tiny homes here in Santa Rosa California, made claims of similar issues happening at this place. I spotted the previous tenants Mary from number 6.
On December 9th 2023, between the hours of 9:00 a.m. and 11:00 a.m.

I have reported previous events and incidents to the Santa Rosa PD and nothing has been done.
I also wrote to the Santa Rosa PD, the housing authority, the management company, and my VA social worker Scott Matsuura.
I have been waiting here for a very long time and nothing has been done. The evidence is pretty clear.
Also reported recently that they've been stealing many of my items like poncho food like oil to cook my food, my Bible, many other items, electronics paperwork so much and so many things. Please check with the theologians of what I am communicating and what happens when these people continue and are allowed to continue the stupidity that they have demonstrated.

I have not been paid for my services, my military contracts have been violated, certain institutions, my letters were rejected and denied by San Diego military commands, other commands, and other official government offices, that did nothing, when I was providing vital Information, for our government and our nation. How do you expect me not to be angry, when other people are not fulfilling their jobs and duties?

Not to mention all the sacrifices that military men and women make for our society and Nation. Including mine. And then to be mistreated and not get paid properly, not by the government directly but by people, wanting and just thinking that they just want to steal when they can get their own things, and transgress against the Holy person.

I have already provided the names, to confirm my marriage to Taylor Allison Swift, of the witnesses by Ellen DeGeneres & Seth Meyers.

I have provided the phone numbers, confirmed and verified my word. The VA social worker Scott Matsuura. About me not receiving my rightful pay.
Provided the names of the theologians and numbers to confirm what I am communicating. It only seems to me that the people that I wrote to are being lazy people.
And they have never been outside of our nation and shot up and blown up.

That seems pretty lazy to me when they can't even pick up the phone and make those phone calls.

Contact information.
VA social worker Scott.Matsuura.@va.gov   707 828 8105
Confirmation of my proven fact credible and if doubted credible word that can be legalistic if it needs to be.
Anne Wolf 707 569 2300

Need Affidavit from these two individuals immediately.
Witnesses for marriage; for Taylor Allison Swift to Elias Torres Ramirez.

Eastern Standard Time
Seth Meyers 212 664 3956

Eastern Standard Time
Ellen DeGeneres 310 455 8858

Purpose of theologians is to verify and confirm my classification as a holy spirit inspired person. Therefore, any earthly charges cannot be put on by any of our courts,
Also the god of Abraham Isaac and Jacob the Creator God who made Heaven and Earth everything known or unknown. Examples of man of God.
Roses, King David, King Solomon.
The patriarchy, Male headship, meaning head of the household. Gender roles, kindergarten, general education, understanding of basic subjects and issues.

| Theologians | Other questions. About right Theology & doctrines. |
|---|---|
|  | 618 228 3975 |
| Pastor Doug bachelor | (916) 659-6600 |
| Pastor Mark Finley info@hopelives365.com | (301) 680-6000 |
| Billy Graham | 855-255-7729 |
| My dad | 707 339 0708 |
| Other people. | 707 337 0985 |

Why I am right about what I'm communicating,

According to the patriarchy, head of the household, male headship.
I have no choice, according to God's Law & orders, to get back with my assigned spouse immediately,
According to the word of God.
 Mark 10: 9, do not separate what God has put together.
Genesis 2: 18, it's not good for men to be alone,
1 Corinthians 7: 10-11, if you are married you must reconcile with your spouse.
Ephesians 5: 24, wives obey your husbands in everything.
She needs to come and get me immediately.
Exodus 20: 14, do not commit adultery.
Exodus 20: 17, do not covet your neighbor's wife.
Galatians 2: 16, God hates divorce, it is your job and duty to provide the fence for your spouse and your family.
Galatians 3: 15, no one can change what God has said.

Under the word of God, I have no choice but to follow these orders from the Creator God.
Because of my classifications: as a Holy Spirit inspired person, I have no choice.
Designation'(s), military: makes me an automatic, judge, jury, and executioner under the circumstances,
Because this is a divine order from the Creator God, anyone impeding or contradicting or obstructing my path, is going straight to hell according to the word of God not mine.
According to the supreme law of the land. You are obstructing and impeding my path and workflow. Because of my military Designations & classifications, defaults & positions.
This applies to Travis Michael Kelce and anybody else from the past, present, or future, attempting to infringe on my spouse'(s), family, everything else in between.
As a United States Federal Government Official & Agent

The same goes for similar people,
People claiming to be Holy Spirit inspired people or pastors, continue to make false claims, given examples of this individual from the Santa Rosa SDA Church, someone committing fraud, transgressing over the Holy Spirit, killing themselves and everybody else around them. Contradicts their word of being a pastor. And the purpose of being a pastor. This individual has impeded my relationships, Holy Spirit inspired individuals, because of that, they do not belong, being a pastor, not to mention, the right to practice my freedom of religion and freedom of speech. Right to conduct my business.

Overstepping on my classification as a Holy Spirit inspired person.
Continue to demonstrate, rejection and denial of a Holy Spirit inspired person and reject, denied, and doubted my credible word.

Mary Previous Tenant From
665 Russell Ave. 6
Santa Rosa, CA 95403

Amy Utt Previous tenant from
665 Russell Ave. 5
Santa Rosa, CA 95403

Reported similar issues happening at this location from this individual.

I'm only confirming what was reported before, and the consequences of people messing with the Holy Spirit inspired people needs to be dealt with. Not because I say so but because it's also being ordered by the Creator God,

This is why I have provided the names of and the numbers of theologians, so you can understand that I'm not just saying things, out of nowhere. If I do not make sense, this is for people that need to know this information, because it is important and critical, what I'm communicating. The Word of God is not a joke.

Concerning President Barack Obama, certain people in his administration,
Clean my workflow by not allowing me to use my financials,
Not paying me the reward money, for other pay'(s),
Is not only against God's law but it is also against federal law.
Why this is important, is because if it falls under the right Theology and doctrines, and we as Federal officials need to know this information, we cannot allow this level or type of stupidity, this is basically putting man-made mentalities over God's word, not mine.
Second, it goes against Federal law and policies.
Already spelled those out and sent the information to you. It is under EOP & ADA.

This information also applies for the federal laws, to state, state courts or state officials,
The state courts and state officials are not allowed to put charges with by their courts or third parties, is eating and abetting.
By doing this it is transgression, of putting man-made mentalities and laws over God's laws and commands.
As a holy spirit inspired person, you cannot do that. This is why I cannot be charged with anything,

Because of my federal position, this is also called mutiny.
I'm not trying to be mean. People need to know this information if you're going to be a leader in our government'(s).
Because of my classifications, designations, defaults, positions.
Whoever I'm coming to contact with must obey & comply.
I have to go into the law enforcement designations, because my military designation automatically overrides anything else.
Because of the supreme law of the land. I have the right to conduct my business. Practice my freedom of religion & speech.

Those people making false claims, same things like your sexist, or this week-minded immaturity type of attitude towards anything that is said or speech, belong in the psych ward.
They are demonstrating that they do not know what they're talking about, I do not have what it takes to lead our society or nation.

These people that talk like this need to be sent straight to the war front, maybe in Ukraine. For being weak minded and immature. Not being able to control their emotions. That is part of the definition of immature.

Immature people are like toddlers. This is a basic example of these types of people, you cannot allow toddlers to lead generally speaking.

Furthermore, displaying emotions is not wrong, understanding the differences between being human and knowing that humans are sentient means that humans have feelings, some people get easily offended, threatened or disturbed, because they don't have basic understanding of human emotions.
This has been the case cases that I have been running into, because people don't understand basic, human emotions or attitudes, these people that are easily offended or disturbed, are demonstrating their immaturity and incapability, of telling the differences, and therefore make me very uncomfortable, because that tells me they haven't developed their personal character, meaning they mislabel emotions and attitudes. And do not have enough knowledge to make sound decisions, for example by saying that I'm crazy, believe it's the other way around, because if they don't understand, continue to demonstrate that they do not understand, that you need people like us, to continue defending society or the nation. Makes me very concerned, for the future of our society and Nation.
That I/we work so hard to defend.

Reel people need to know 2024

For your information this is for mature eyes not immature people.
Because the experiences that I've been having are people always take everything out of context and don't know how to interpret things correctly.
Furthermore they do not have the basic understanding of the kindergarten general education of the subjects and issues being covered or the right perspectives not the incorrect perspectives, people that continue to use negativity all the time please do not let them see this information I'm tired of hearing their negativity all the time.

For your information.
My word has been proven fact guaranteed and if doubted credible therefore can be legalistic if it needs to be. The stories of the Bible are true and so are some mythological things that are labeled mythological some of those principles are real

Examples: you cannot punish people like me, put fines or burdens. Those are from God.
When the state man-made governments put charges, fines or burdens or any type of punishment on people like us.
That is a version of taking the Law into your own hands.

Which is not allowed by God's law.
For Example, King David, King David had people killed because of his actions, he also lost children, and it is not your place to put your fines, charges or burdens on people like me. When you do that you're taking your own law and putting it over God's chosen.
The actions of the people messing with me and my personal things that are holy, is going to be a grave danger for those people messing with my livelihood, in the word of God it says that you need to either in prison or kill these people this is not according to my word this according to the word of God.
If you do not hunt these people down, they are cancerous, they're going to kill themselves and everybody else around them.

FYI for your information I'm going to address these issues right now.

The issues with women, they need to know because this is what I have experienced, if a female makes claims on a man like me you cannot go back, not because it's like that because it's a God thing relationships are supposed to be holy, women that understand this or people that understand this, need to know the basic kindergarten and general education of forever, if these women do not, understand these basic concepts, it is better for them to turn away, not my word it is easier to deal with the mentalities at hand. If a female makes a claim on me, she needs to understand that she cannot have any other person with her forever but me.
Females that do this type of stuff, examples I'm going to lay out right now.
Will be damning those people to eternal damnation. That's how serious this stuff is, that's God's law and commands.
The other possibilities that they may or may not be aware of, they can lose their children, they can lose a lot of other things that they may or may not be aware of, and females that belong to me need to understand this.

Spouse Taylor Allison Swift. She needs to be confined to house arrest immediately if violated she needs to go to prison, she cannot continue to work on whatever project she was working on. We have to talk about this stuff. Because it involves us.
I am not trying to be mean, she doesn't understand the consequences of what she's doing, or has been done. Because if she did she wouldn't have done what she did?
For your information I am not placing blame on her. I am simply being informative.

Reason she needs to be confined. Are the obvious ones sending people to hell whether she knows it or not? Please do not blame her, they are making her & us like this by keeping us apart.
According to the word of God in Mark 10: 9, Genesis 2: 18,
Other issues I need to make her aware of and those are talks that we need to have. That's why this is important, this needs to happen immediately, the word of God is not a joke.

This is not coming from me; this is how the eternal laws are laid out.
Other issues that are immediate and need to be addressed.

The court or courts, rolling against Mr. President Donald Trump. Same rules apply here, whether he knows it or not.

Just because he takes action or does something he needs to know, the same things apply. Meaning if he does something or we do something that's not legitimate I'm not talking about the eyes of man I'm talking about in the eyes of God. There can be punishment but it won't be from the man-made courts and maybe something else.
This goes for all the real elites that goes for the Royal families.
This may even extend to certain heads of state, The Joint Chiefs, SDA pastors, not the current individual that I was pointing out. Other Holy Spirit inspired people.

Why is this important, because if you move against them you're pretty much damning yourself and you need to know this information so you don't kill yourself or so they don't kill themselves?

What you can do to Mr. President Trump. You can confine him to his domain, you cannot punish him. There are certain ways that this can be dealt with, you can either do what he asks for him within reason. You can allow him to conduct his own business, because our law is the man that, it's part of his rights. This does not mean that you can't not have other people approach him that would be a better fit for him.

Females that have relationships with me, need to know that our relationships are Holy therefore sacred before God.
Currently it is part of my job, to be with Holy Spirit inspired virgins. I did not have a choice. It was ordered for this. Prefer blondes, 10 out of 10s, inside and out, because I am used to them, raised around them and somehow feel more comfortable around them, this preference doesn't mean that I am not willing to be with the right people.

There are differences between women that are worldly and Holy Spirit inspired women, Holy Spirit inspired women understand the eternal values and biblical principles, women that are not do not abide by these laws and commands of God.

In the case of my spouse Taylor Allison Swift because she's my primary I do not have a choice when God gives an order so all these religious people, for people claiming to be religious have got it wrong and they're in danger of going to hell because they're going against God's orders and God's word.
I cannot ignore orders when they come from God the Almighty.

Other issues I believe I need to apologize to the American Military, or maybe displaying anger and I probably shouldn't have done that maybe I felt a little bit too comfortable with them around me.
The anger wasn't towards them; the angle was towards other issues. When somebody's displaying anger it doesn't always mean that they're angry at the person in front of them it could mean that there are some other stressors that they might be under military people and law enforcement people should know this information,
Don't get me wrong I'm not making excuses here, I am simply addressing issues, that people may be aware, looking back now I had memory issues, those that I call my friends I am deeply sorry that if you saw my anger it wasn't meant towards you, it was other issues that we have to deal with as human beings.

Depending on how people interpret these subjects & Issues of human sentience: meaning that we are designed to have feelings. An apology may not be needed. But the explanation of how people misread emotions & attitudes is important to address.

Currently I need to be with my spouse. She will fix me, or do more than that.

I need her & want her.


Thank You,                                           12/22/2023
Elias Torres Ramirez.
*[signature: Elias Torres Ramirez]*