U.S. POSTAGE PAID
FCM LG ENV
SANTA ROSA, CA 95401
DEC 21, 2023
$1.83
R2304M116229-6
94102
Retail

Elias Torres Ramirez
665 Russell Ave. #5
Santa Rosa CA 95403

RECEIVED
DEC 26 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To whomever it may concern
16th Floor
450 Golden Gate Ave,
San Francisco, CA 94102

