United States Federal Government Official & Agent
U.S. Navy W5 Admiralty &
U.S. Navy Reserve Component
Elias Torres Ramirez.
Address yet to be determined
707 727 5466
01/05/2024

For whomever it may concern Urgent. Need to address, know or be aware of:

If this sounds prudent or harsh, but this is an important and urgent issue that needs to be addressed.
Reasons females cannot have anybody else besides their primary.
Because if you have something that truly lasts forever, according to God's word, not mine.
God requires purity, for the females & males.
Reasons people cannot make other declarations on other males especially females.
Or because God says be holy.
Reasons God allows certain men to have other females, for the purpose of having more humans.

Because I have received direct orders from the Almighty, I do not have a choice, real religious people know that when God gives an order you must follow it.
Do need you to put all these people in a federal prison for not obeying my holiness, or disobeying or not complying with a United States Federal government official of America.
Those people not obeying or complying, with basic orders that I have provided the information that has been backed up scripturally or by the federally.
Reasons are, because they're killing themselves and the people around them.
That makes them an enemy of the United States of America.
These people have demonstrated that they are homicidal maniacs.

The rules are different for me because I am a sanctioned person by the Almighty.
I am also sanctioned by the United States Federal government, because of my military designation, default and positions.
I'm allowed to conduct warfare and force that is part of my designation.
I shouldn't have to be spelling this stuff out.
Whoever you have in charge of these positions you need to take them out brings us that you need to take them out because they continue to demonstrate their stupidity, negativity, immaturity.
And then willing to kill themselves and everybody else around them.

What part of she's my wife do you not understand, how you cannot know basic understanding of marriage these people have demonstrated that they are too dumb to do their jobs. Either kill them because they're going to kill themselves and everybody else around them for not understanding basic things about marriage.
Do you have to explain the things that are automatic?
Especially when it is coming from God almighty.

For your information I wrote to them and explained everything to them, their failure to obey and comply demonstrates their mutiny.

Religious subjects and issues, still part of things that pertain to people in marriage which are legalistic, need to be and are under God. And Governments have obligations to fulfill those.

This is not for regular people this is only for religious people that understand these subjective issues, if you are not designated by God or Holy Spirit inspired you have no business looking at any of this information, reasons for that because you're going to send yourself to hell and other people to hell because of people's stupidity, immaturity.

The word of God cannot be changed.
Galatians 3: 15,
Hebrews 13: 8,
Hebrews 6: 18,
Ephesians 5: 24,
Galatians 2: 16,
Genesis 2: 18,
1 Corinthians 7: 10-11,
Mark 10: 9,
Numbers 19: 19-20,
Galatians 6: 27,
Other misconceptions that these people that are false Christians continue to claim falsely because it's against the word of God.

The word of God is serious, it is not a joke.

I am spelling this stuff out because it's evident that these people do not comprehend basic right Theology and doctrines.
This is not for them because they're stupid and they demonstrated their stupidity if they if I hear any stupid questions remove them from my presence. It's very clear the word of God says so.
Let me give you an example: you have the tape if you know what that is or what it was then you know what I'm talking about. The same thing with the disc or a CD.

Given the example of these issues it's the same thing with the word of God.

I did not do this. My spouse did this. She doesn't know any better, that's why I cannot blame her.
She made declarations that are against God's word and laws not mine.
God wrote the Ten Commandments with his finger.
God's hand also wrote when one of those kingdoms fell on the wall.

Because my spouse made public declarations for somebody else she just killed our children.
If she has children with other people she will be sending them to hell because of God's word.

Other examples and analogies.

People do not always experience the pain immediately after a car crash or getting shot. Sometimes it's a while before they start feeling the pain. Why does this apply here?
When someone, something like this in a marriage or relationship it's not that they will feel the pain right away it's after the time, that when it hits, it is painful, which is also called damnation.

These are some of the reasons why she needs to come to me immediately.
Allowing her to continue with someone else, means she will only be hurting herself, and us.

Because she killed our children, I cannot say she, I was told to say we, killed our children.
She is also damning every other male she has been with, according to Hebrews 13:8, Galatians 3: 15, Galatians 2:16,

That was not my word. That was her, this is not a blank thing this is a serious issue.
She needs to come to me immediately. This is not a joke.
She also sent that all those other people to hell also because it is not allowed that is called Exodus 20: 14, 17,
The Reason I cannot blame her is not just her.
Because of God's word if she has any kids with anybody else she will be sending them straight to hell because of God's word not mine that would mean that God's a liar and God Is not a liar.

Not her fault, other stupid people I already have named. Reasons it is not her fault I kept my word. They did not keep theirs, if they had kept their word we would not be in these circumstances. Basically pay me like they said they would. Kill them, put them in prison. If not you need to evict them. This is meant to be a joke, or funny, put them in a chain gang.
Don't blame me for their stupidity; they sent themselves to hell and everybody else to hell also. You people continue to not listen to me and not obey me you're damning yourself because you don't know what the word of God says. If you knew what the word of God says you know you would that you have to obey me not because I say so because that's what God says.

Number one you people don't know what you're talking about its self-evident I'm mad because people are dumb and stupid easily Disturbed and immature and can't handle the truth.

A lot of people like to talk a lot of nonsense but they can't take a stand.

So for all these religious people that are true be quiet.
I'm tired of people not knowing what they're talking about.
This is a different issue.
The government had a part to play in this.
By placing false charges on me.
Napa Superior Court of California.
CR155606


Number one Barack sends everybody to hell including himself.

Because he's a man and he's not just him. There are many other people but that's just one of the identifiers.
These people are clueless and don't know what they're talking about when it comes to things that are holy they put their man-made mentalities over a holy person and the man of God.

Just get me my spouse and stop your nonsense.
You certain lazy humans.
How simple would it have been just to get me or keep me with my wife you idiots?
Or you could have just paid me what I was supposed to get paid you.
I even spelled this stuff out so simply for people to read so they would understand but no it says in Romans 1:18 right.

Other things these other people reading my information they're going to go to hell not because I want them to but because they're invading my Holiness and what does God's word say about being holy and designated that means that God picks you and only God wants to deal with you not with these other people because they don't know what they're talking about and because God knows people's hearts.
And now they continue to take things out of context. I'm sick and tired of the stupidity of keeping these stupid people away from me. I'm not joking, you have made me so sad. Because they don't understand basic Right Theology and doctrines keep them away from me I'm tired of their stupidity.

Please only allow real religious people that know what they're talking about, not these people that continue to take everything out of context or weak-minded immature and easily Disturbed, easily offended.

If you do not follow the orders that I gave out you guys are in danger of going to hell because you know the word of God is true.
I do not have a choice when God gives you an order you have to follow it.
To all these people contradicting what I say in these issues or these matters please remove them from my sight.
One more thing I don't want anybody from this place talking to my spouse because they're going to go to hell because they do not know what they're talking about.

God says don't mess with things that are holy.

The things that are holy pertain to God and those he designates.
Therefore it's not these people's place to be touching looking or anything on my things.
That is some of the reasons why the federal government should not be asking me for certain things, or certain information, because they have been known to take it out of context and not know how to interpret correctly.

I was also taught that, when you give your word, you must fulfill it.

Especially when it comes to the things of God that would include marriage, or in this case Covenant.

I have kept my word, because I am not a normal person, when people lie to me and do not fulfill their contracts, speaking of my military contracts, they are damning themselves, is not a joke, I was taught this by the theologians.
1 Timothy 5:18 (KJV)  For the scripture saith, Thou shalt not muzzle the ox that treadeth out the corn. And, The labourer is worthy of his reward.

These people that continue to negate or not pay me,  because they continue to use their man-made mentalities over the man of God, it is not because, I say so but it's because of the word of God, God says he's not a fool, Galatians 6: 27,
Not fulfilling your word or paying me is part of that. That's why I'm addressing these issues and making you aware when you promise me something you have to fulfill it if you don't you're going to go to hell, not my word.
That would include rejection, denial, and any other type of nonsense that they try to contradict or take out of context or whatever I am trying to communicate.

I already spelled this stuff out for you people.
People take things out of context and say oh you blah, blah, blah, this and that.
Number one it's not about that, they are negating God's word, they will go to hell for that.
Word of God is serious. I'm not joking.
Understanding basic right Theology and doctrines, will be questioning the wrong approach. My spouse cannot be with any other males.
She was assigned to me, therefore she needs to be with me. This is not a joke.
Everybody contradicting God's word is going to go to hell not because of my word but because of God's word.
They need to fulfill these orders immediately.

I have already spelled out the conditions, which she needs to follow.
She cannot have anybody else but her dad, mother and brother at a location she cannot have any mail contact with any other males, at any of our properties or around her.
That is part of the security team's detail. She must remain under house arrest or go to prison, if the terms are violated. It's not that I'm trying to be mean this is for her safety and other people's safety. If she is at some other place, she must be taken from that place to be with me, immediately. No questions, just do. If people get in your way you must use deadly force.
Person in direct infringement on our spouses and family.


Thank you,                                                              01/05/2024

Elias Torres Ramirez
*[signature]*