UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICE OF THE SAN FRANCISCO MAYOR LONDON NICHOLE BREED,<br><br>　　　　　Defendant. | Case No. 23-cv-03847-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Re: Dkt. No. 29 |

　　Plaintiff Elias Ramirez Torres filed this lawsuit on July 31, 2023. Torres is representing himself, and the complaint alleges that San Francisco Mayor London Breed violated "divine law" by discussing economics at an event. In a screening order filed March 18, 2024, Magistrate Judge Beeler found that the complaint was frivolous, and allowed Torres to supplement his complaint by April 15, 2024, to add additional information about the events at issue. Torres did not supplement his complaint.

　　On April 30, 2024, Judge Beeler issued a Report and Recommendation recommending that the case be dismissed. Objections to the Report and Recommendation were due no later than May 17, 2024. *See* Fed. R. Civ. Proc. 72(b)(2); Fed. R. Civ. Proc. 6(d). Elias did not file an objection.

　　The Court has reviewed the docket and agrees with Judge Beeler that the case should be dismissed. Accordingly, the Court ADOPTS the Report and Recommendation and DISMISSES this case with prejudice.

**IT IS SO ORDERED**.

Dated: May 28, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　United States District Judge