UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS TORRES RAMIREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>OFFICE OF THE SAN FRANCISCO MAYOR LONDON NICHOLE BREED,<br><br>        Defendant. | Case No. 23-cv-03847-SI<br><br>**JUDGMENT** |

This case has been dismissed with prejudice.  Judgment is hereby entered against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 28, 2024

                              SUSAN ILLSTON
                              United States District Judge